*Susan M. Hankins,* assistant public defender, in opposition.

Decided June 17, 1993

### ALLSTATE INSURANCE COMPANY *v.* ELIZABETH HERSEY HOWE

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 132 (AC 11311), is denied.

*Terence A. Zemetis,* in support of the petition.

*Edward Czepiga II,* in opposition.

Decided June 17, 1993

### STATE OF CONNECTICUT *v.* PAUL W. DEPTULA

The state of Connecticut's petition for certification for appeal from the Appellate Court, 31 Conn. App. 140 (AC 10956), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was sufficient evidence to support an instruction on self-defense?"

The Supreme Court docket number is SC 14796.

*Rita M. Shair,* assistant state's attorney, in support of the petition.

*William H. Paetzold,* deputy assistant public defender, in opposition.

Decided June 17, 1993